S|3|

United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States ) | |
| ) | |
| v. ) | Cr. No. 05-MJ-1703 |
| ) | |
| Donnelle Joyner, ) | |
| defendant. ) | |

## Affidavit of Counsel

I, Michael R. Schneider, being duly sworn, hereby depose and say the following:

1. I represent the defendant Donnelle Joyner in the above-entitled matter.

2. Prior to the defendant's first appearance in this case, I was furnished a printout of Mr. Joyner's criminal record which erroneously indicated that he had been convicted on Docket No. 9107CR6314A in Dorchester District Court of Possession of a Class B Substance with the Intent to Distribute.

3. At my request, my associate Attorney Susan Church went down to the clerk's office at the Dorchester District Court and obtained the annexed

docket sheet showing that the charge for Docket No. 9107CR6314A was, in fact, reduced to straight Possession of a Class B substance.

Signed under the pains and penalties of perjury.

_____
Michael R. Schneider

Dated: August 30, 2005

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | Waived | | |
|---|---|---|---|---|
| Dorchester | | Assigned H. Cohen 40 atty | | |
| CC#11 735456 | Donnelle D. Joyner<br>166 Seaver Street<br>Roxbury, MA | TERMS OF RELEASE | | |
| | | DATE | PROCEEDING | |
| | | | Arraigned before J. ___ | |
| | | | Advised of right to counsel | |
| | | | ☐ Advised of right to drug exam | |
| DEF DOB AND SEX<br>10/31/71 | OFFENSE CODE(S)<br>802,330 | | ☐ Advised of right to bail review | |
| | | | ☐ Advised of right to F.I. Jury Trial | |
| DATE OF OFFENSE<br>8/28/91 | PLACE OF OFFENSE<br>10 Lithgow Street | | ☐ Waives ☐ Requests F.I. Jury Trial | |
| COMPLAINANT<br>Frank Colon #9347 | POLICE DEPARTMENT (if applicable)<br>area C11 | 5-14-93 | ☐ Warrant issued ✓ Default warrant issued | |
| | | 6-4-93 | ☐ Default removed ✓ Warrant recalled | |
| DATE OF COMPLAINT<br>08/30/91 | RETURN DATE AND TIME<br>arrest | 10/22/93 | ☐ Warrant issued ✓ Default warrant issued | |
| | | | ☐ Default removed ☐ Warrant recalled | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| A. POSS. CLASS B SUB. ~~W/INT. TO DISTRIB./MFG.~~ C94C S32 | | 50.— | | | |
| DATE | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts<br>FINDING S/F    JUDGE Dolan | IMPRISONMENT AND OTHER DISPOSITION<br>Prob. 500BA037 02/11/92DAF  35.00<br>$35.— 2797A037 10/25/91VWAF  50.00<br>Prob. fee imposed | | | |
| 10-9-91 Guilty | | FINAL DISPOSITION<br>☐ Discharged from probation  4/1/94  Dolan<br>☐ Dismissed at request of probation | | DATE | |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   Appeal of disp. | | | | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| B. RECEIVING STOLEN PROPERTY, $250. OR LESS C266 S60 | | | | | |
| DATE | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts<br>FINDING    JUDGE Dolan | IMPRISONMENT AND OTHER DISPOSITION | | | |
| 10-9-91 Dismissed req. Comm. | | FINAL DISPOSITION<br>☐ Discharged from probation<br>☐ Dismissed at request of probation | | DATE | |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   Appeal of disp. | | | | |

| CONT TO | PURPOSE | CONT TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 10-9-91 | trial | 7/22/93 | SH | 11-19-93 | S.H. | | |
| 10-8-93 | Review | 8/20/93 | SH | 3/18/94 | S.H. | | |
| 5-14-93 | SH | 8/10/93 | SH | 4/1/94 | S.H. | | |
| 7-15-93 | SH | 9-24-93 | S.H. | | | | |
| 7/16/93 | SH | 10-22-93 | SH | | | | |