$8|3|$

United States District Court
District of Massachusetts

| | |
|---|---|
| United States | ) |
| | ) |
| | ) |
| v. | ) Cr. No. 05-MJ-1703 |
| | ) |
| Donnelle Joyner, | ) |
| defendant. | ) |
| | ) |

## Affidavit of Joy Neely

I, Joy Neely, being duly sworn, hereby depose and say the following:

1. I am submitting this affidavit as the girlfriend of Donnelle Joyner and as the mother of his child.

2. I am a 32 year old woman, born and raised in Boston, with a high school degree from Newton North High School, and a regular job for the past six years as a reservations agent at the Marriott Hotel in Copley Square, Boston.

3. I have known Donnelle for over ten years.

4. Donnelle has been living with me as my boyfriend for over three years. Over that time we have lived both at his place in Quincy and at my

-1-

place at 75 Elllington Street and, before that at 29 McCullen Street, Dorchester.

5. Donnelle and I have a four month old son Jaden Joyner, who was born on April 14, 2005. My two girls Jahkia, age 14, and Stanesha, age 10, also live with us.

6. Donnelle has been a warm, gentle, and caring partner to me and a warm, gentle, and caring father to his son Jaden as well as to my two girls who look up to him as their "Papa."

7. Before his arrest last month, Donnelle was working as a security guard at the Marriott Hotel in Cambridge, making $13.50 an hour.

8. Before his job at the Marriott, Donnelle had been working off and on at an autobody shop where employment was irregular. Donnelle was very excited to have landed a full-time regular job at the Marriott.

9. At the Marriott, Donnelle has been working the 3 p.m. to 11 p.m. shift, because I was working the 5 a.m. to 2 p.m. shift. We arranged this so that we could spell each other in caring for Jaden.

10. The security manager at the Cambridge Marriott Darrin Parks has confirmed that Donnelle's job is still waiting for him if he is released.

11. Last week, I received a phone call from a human relations officer

-2-

at Amtrak who called to talk with Donnelle about a job application he had previously submitted.

12. Donnelle has a lot of family and friends in the Boston area. His mother Yvonne Joyner, who works at the Brigham and Women's hospital, has been living in Brookline, MA, for a number of years. Donnelle often stops by and drops off groceries at his mother's house. Donnelle is also very close to his brother Troy Joyner and to his sister Letroine Joyner, both of whom live in the Roxbury-Dorchester area. Donnelle also has an older cousin Anthony Parker who lives next door to us and drops by to visit several times a day.

13. Since I have known Donnelle, I have never seen him in possession of large amounts of money. In fact, he has frequently been behind on his car and rent payments, has received gas and electricity shut-off notices, and has amassed some credit card debt . Donnelle does not own a home, but has been renting ever since I have known him.

14. Donnelle was a close friend of Kyle Andrews and paid over six hundred dollars for memorial t-shirts expressing love for Kyle and sadness at his death. Donnelle distributed these t-shirts to Kyle's friends and family at Kyle's funeral.

15.  I have never seen Donnelle in possession of illegal drugs, any drug paraphernalia, firearms, or ammunition.

16. Attached hereto are true and accurate copies of various documents which support or confirm some of the points I am making herein.

Signed under the pains and penalties of perjury.

Joy Neely

Dated:  August 31, 2005

Unit ID: 33/7H4.41



MAR5OGM
5L48 0009

DONNELLE D. JOYNER
175 CENTER ST. APT. 1206
QUINCY, MA 02164



*The Choice is Yours*

*Your* **Benefits**
*Enrollment Guide*
*2005*

*The* **Choice** *is Yours*

Unit ID: 33/7H4.41

|||||| ||||| || |||| ||| ||| ||| ||| ||| |||    MAR5OGM
5L48 0009

DONNELLE D. JOYNER
175 CENTER ST. APT. 1206
QUINCY, MA 02164


**Marriott**

## TO MAKE BENEFIT ELECTIONS, YOU MUST ENROLL ON OR BEFORE 9/2/2005!

Welcome to Marriott! As a Marriott associate, you are eligible for a variety of benefits.

This Guide includes information about the Marriott International benefit plans available to *you and your eligible dependents* for 2005. Your Personalized Fact Sheet and your *personalized* Medical Comparison Charts are included as well. You have the flexibility to create your own benefits package by choosing plans that best suit your needs and those of your family.

## Your Benefits Enrollment Guide includes:

➤ A Matter of Choice

➤ Introduction

➤ Who can enroll?

➤ How to enroll

➤ How do you pay for your benefits?

➤ Your Personalized Fact Sheet

➤ Medical Benefits: Your Choices

➤ Medical Comparison Charts

➤ Dental Benefits

➤ Vision Benefits

➤ Disability Benefits

➤ Life Insurance

➤ Accident Insurance

➤ Family Care Spending Account (FCSA)

➤ Your Benefits Resources

➤ Beneficiary Form

## YOUR TOTAL COMPENSATION

The Company provides you with a valuable and competitive Total Compensation package to reward you for your dedication and hard work. Your Total Compensation is made up of your pay and benefits.

Your benefit choices are important, not only because they represent part of your Total Compensation, but also because they provide benefits for the care of you and your family. That's why you are encouraged to make informed choices about your benefits by using this Guide as a resource.

REMEMBER: *There are other benefits that may be available to you that are not included in this Guide such as Profit Sharing, the Associate Discount Program, Service Awards, Paid Leave, and more! To find out more about these additional benefits, see your Human Resources representative or view information on MarrWeb by choosing Departments > Benefits.*

