IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE
2006 APR 26 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| v. | ) |
| | ) MBD No. 05-MC-10294-RWZ |
| DONNELLE JOYNER | ) |
| | ) |

MOTION TO UNSEAL

The United States hereby moves this Court to unseal the Court's order granting conditions of release for defendant DONNELLE JOYNER and all the documents related to the above referenced criminal action. The government submits that there is no compelling reason to have the case sealed from the public docket.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney